UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JASON MICHAEL BOYKINS,<br><br>                              Defendant. | Case No. 3:18-cr-00029-LRH-CLB<br><br>MINUTE ORDER<br><br>May 12, 2020 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE
DEPUTY CLERK:    NONE APPEARING        REPORTER:  NONE APPEARING
COUNSEL FOR PLAINTIFF(S):            NONE APPEARING
COUNSEL FOR DEFENDANT(S):            NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Defendant having filed a 28 U.S.C. § 2255 Petition (ECF No. 42) and a response by the Government appearing warranted,

IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within 45 days of entry of this Order, a reply may be filed by the Defendant within 15 days following the Government's response, and the matter will be submitted to the court for decision or other appropriate action.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By:  _____/s/_____

Deputy Clerk